IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANITRA HURT | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Civil Action File No. |
| | ) 1:16-cv-00954-AT |
| v. | ) |
| | ) |
| PRIORITY PAYMENT | ) |
| SYSTEMS, LLC | ) |
| | ) |
| Defendant. | ) |

## ORDER

This case is before the Court for consideration of the Joint Motion for Stipulated Judgment Approving Settlement and Release Agreement. After reviewing the record and the joint submission of the parties, the Court enters the following Order.

Having reviewed the Settlement Agreement and Release (the "Agreement") executed by the parties, the Court finds that the settlement is fair, adequate, and reasonable. The Court finds that the Agreement was negotiated at arm's length by represented parties and is not the result of any collusion. The Court has also reviewed the unopposed request for approval of attorney's fees and costs in the amount stated in the Agreement and finds that the attorneys' fees and costs

provided in the Agreement are reasonable.

Therefore, the Joint Motion for Stipulated Judgment Approving Settlement Agreement and Release is hereby **GRANTED**, the settlement of the parties is hereby **APPROVED**, and the terms of the parties' Settlement Agreement are hereby incorporated into this Order.

Consistent with the terms of the Agreement, Defendant shall tender to Plaintiff all payments within ten (10) business days of the entry of this Order, and the parties shall thereafter file a stipulation of dismissal with prejudice. The Clerk is hereby **DIRECTED** to administratively close this case, which shall be subject to reopening for the purpose of settlement enforcement actions pursuant to the terms of the Agreement. Fees and costs shall be paid to Plaintiff's counsel as set forth in the Agreement.

**SO ORDERED** this 15th day of April, 2016.

_____
The Honorable Amy Totenberg
Judge, United States District Court